**COURT OF CHANCERY**
**OF THE**
**STATE OF DELAWARE**

SAM GLASSCOCK III
VICE CHANCELLOR

COURT OF CHANCERY COURTHOUSE
34 THE CIRCLE
GEORGETOWN, DELAWARE 19947

Date Submitted: November 29, 2023
Date Decided: December 8, 2023

Catherine G. Dearlove, Esquire
Kevin M. Gallagher, Esquire
Matthew W. Murphy, Esquire
Caroline M. McDonough, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Karen E. Keller, Esquire
Nathan R. Hoeschen, Esquire
Emily S. DiBenedetto, Esquire
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801

Re: *NB Alternatives Advisers LLC v. VAT Master Corp.,*
C.A. No. 2022-0159-SG

Dear Counsel:

This matter seeks fees and costs in connection with a prior action[1] in which

Plaintiffs, NB Alternatives Advisers LLC (as successor-in interest to Almanac

Realty Investors, LLC), Almanac Realty Securities V, LP, TW-ARS Corp., Matthew

Kaplan, Moreen R. McGurk (as Executor of the Estate of John McGurk), Justin

Hakimian, and Randall Guenther, sought injunctive relief to enforce a Delaware

forum selection clause in an operating agreement. Defendants, VAT Master

Corporation and VAT Master LP, moved to dismiss or stay this action as unripe, in

---

[1] *NB Alternatives Advisers LLC v. VAT Master Corp.*, 2021 WL 1998475 (Del. Ch. May 19, 2021).

light of proceedings in Wisconsin involving another, arguably overlapping, agreement between the parties with a Wisconsin forum selection clause. I deferred a decision on the motion pending the parties' assistance in evaluating the issues in Wisconsin. The Wisconsin appellate court has now entered a decision, clarifying what is at stake in the Wisconsin action. I have reviewed the Wisconsin appellate decision provided by the parties.[2] I conclude that the ongoing Wisconsin litigation is not determinative of the fee-shifting issue before me. Accordingly, I find this matter is ripe for a decision. Please confer regarding the manner and timing of submitting the matter for decision, and contact my assistant to set a scheduling conference promptly.

To the extent the foregoing requires an Order to take effect, IT IS SO ORDERED.

Sincerely,

*/s/ Sam Glasscock III*
Vice Chancellor

---

[2] *VAT Master Corp. v. Almanac Realty Sec. V, LP*, 2023 WL 5967937 (Wis. App. Sept. 14, 2023).